Lauren M. Hausman (CA Bar No. 349514)
**COPYCAT LEGAL PLLC**
113 N San Vicente Blvd.
Suite 232
Beverly Hills, CA 90211
T: (877)-437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff Michael Grecco Productions, Inc.

Nancy Evelyn Wolff (CA Bar No. 133334)
**Cowan DeBaets Abrahams and Sheppard LLP**
8447 Wilshire Boulevard, Suite 425
Beverly Hills, CA 90211
T: (310) 340-6334
F: (310) 492-4394
E: NWolff@cdas.com

Attorneys for Defendant Agence France-Presse

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SILICONEER VENTURES, INC. and AGENCE FRANCE-PRESSE,<br><br>    Defendants. | Civil Action No. 3:25-cv-02504-AMO<br><br>**JOINT MOTION TO APPEAR VIA ZOOM FOR THE INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 7-11 and the Standing Order for Civil Cases Before District Judge Araceli Martinez-Olguin, plaintiff Michael Grecco Productions, Inc. ("Plaintiff") and defendant Agence France-Presse ("AFP")

(collectively, the "Parties") hereby move this Court for permission to appear via Zoom at the Initial Case Management Conference ("ICMC") set for July 10, 2025 at 10:00 AM and state as follows:

1.     On March 13, 2025, Plaintiff filed its Complaint in this action. See D.E. 1.

2.     On May 8, 2025, Plaintiff filed its First Amended Complaint in this action to add AFP as a defendant. See D.E. 16.

3.     On March 27, 2025, the Court issued a docket text entry, setting the ICMC for July 10, 2025 at 10:00 AM. See D.E. 11.

4.     Per the Standing Order for Civil Cases Before District Judge Araceli Martinez-Olguin (the "Standing Order"), "[i]f all parties agree, they may request to have a setting by Zoom video" and "must make their request at least one week in advance of the scheduling setting." See Standing Order, C(2). "Such a joint request should be prepared and filed in the form of an Administrative Motion, in compliance with Civil Local Rule 7-11." Id.

5.     Pursuant to Civil Local Rule 7-11, an Administrative Motion "may not exceed 5 pages (not counting declarations and exhibits), must set forth specifically the action requested and the reasons supporting the motion and must be accompanied by a proposed order and by either a stipulation under Civil L.R. 7-12 or by a declaration that explains why a stipulation could not be obtained." See

Civil L.R. 7-11.

6. Because counsel for Plaintiff resides in Southern Florida and counsel for AFP resides in New York, request is hereby respectfully made by the Parties that the ICMC proceed via Zoom to accommodate counsels' current calendar and preexisting professional obligations/hearings. <u>See</u> Stipulation attached hereto as **Exhibit "A."**

7. Defendant Siliconeer Ventures, Inc. ("<u>Siliconeer</u>") has failed to file a timely response to Plaintiff's First Amended Complaint and, as such, Plaintiff filed a Motion for Clerk's Default as to Siliconeer. <u>See</u> D.E. 22. On June 24, 2025, the Clerk entered a default against Siliconeer. <u>See</u> D.E. 23. Siliconeer's counsel was invited to provide input on the instant motion and relief sought herein. Siliconeer's counsel indicated that he does not have a position.

WHEREFORE, the Parties respectfully request that the Court enter an Order: (a) granting this motion and (b) allowing all counsel to attend the ICMC set for July 10, 2025 via Zoom.

Dated: June 27, 2025.

| | |
|---|---|
| **COPYCAT LEGAL PLLC**<br>113 N San Vicente Blvd.<br>Suite 232<br>Beverly Hills, CA 90211<br>T: (877)-437-6228<br>E: lauren@copycatlegal.com<br><br>Attorney for Plaintiff<br>Michael Grecco Productions, Inc.<br><br>/s/ Lauren M. Hausman<br>Lauren M. Hausman, Esq. (CA Bar No. 349514) | **COWAN DEBAETS ABRAHAMS AND SHEPPARD LLP**<br>8447 Wilshire Boulevard, Suite 425<br>Beverly Hills, CA 90211<br>T: (310) 340-6334<br>F: (310) 492-4394<br>E: NWolff@cdas.com<br><br>Attorney for Defendant<br>Agence France-Presse<br><br>/s/ Nancy Evelyn Wolff<br>Nancy Evelyn Wolff, Esq. (CA Bar No. 133334) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren M. Hausman
Lauren M. Hausman, Esq.